AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

Casey Christopher Dunne a/k/a Casey Christopher, an individual

*Plaintiff(s)*

v.

RipRight LLC, LLC, a New York limited liability company and Matthew Nesbitt a/k/a Islaam, an individual, and does 1-10

*Defendant(s)*

Civil Action No. 0:25-cv-62114-JIC

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
RipRight LLC
509 SW 2nd Avenue
Okeechobee, FL 34974

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Terry A.C. Gray
433 Plaza Real, Suite 275
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

SUMMONS

Date: Oct 21, 2025

Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| Casey Christopher Dunne a/k/a Casey Christopher, an individual<br><br>*Plaintiff(s)*<br>v.<br>RipRight LLC, LLC, a New York limited liability company and Matthew Nesbitt a/k/a Islaam, an individual, and does 1-10<br><br>*Defendant(s)* | Civil Action No. 0:25-cv-62114-JIC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  RipRight LLC
1083 East 59th Street
Brooklyn, NY 11234

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
Terry A.C. Gray
433 Plaza Real, Suite 275
Boca Raton, FL 33432

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: Oct 21, 2025

Angela E. Noble
Clerk of Court

SUMMONS

*P. Curtis*

Deputy Clerk
U.S. District Courts