UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Fort Lauderdale Division

| | |
|---|---|
| **CASEY CHRISTOPHER DUNNE**, a/k/a **CASEY CHRISTOPHER**, an individual,<br><br>**Plaintiff;**<br><br>v.<br><br>**RIPRIGHT LLC**, a New York limited liability company and **MATTHEW NESBITT**, a/k/a **ISLAAM**, an individual, and DOEs 1-10,<br><br>**Defendants** | CASE NO.: 0:25-cv-62114-JIC |

**MOTION AND INCORPORATED MEMORANDUM OF LAW TO STRIKE RIPRIGHT, LLC'S ANSWER AND AFFIRMATIVE DFENSES AND ENTER COURT'S DEFAULT**

Pursuant to Fed. R. Civ. P. 12(f) (Motion to Strike) and Fed. R. Civ. P. 55(b)(2)(Court's Default), Plaintiff **CASEY CHRISTOPHER DUNNE a/k/a CASEY CHRISTOPHER** (hereinafter "Casey" or "Plaintiff"), by and through undersigned counsel, moves to strike the Answer and Affirmative Defenses filed *pro se* by Defendant **RIPRIGHT, LLC** ("Corporate Defendant") and for entry of Court's Default, thereafter, and alleges as follows:

1. This is an action for false endorsement and unfair competition under the Lanham Act, and violation of Plaintiff's Florida statutory right of publicity, based upon Defendants' willful use of Casey's name, image, and likeness without authorization, to promote and sell a fitness product, for substantial revenue, at the expense and to the detriment of Casey's own brand. The RipRight brand and product is fundamentally inconsistent with and detrimental to Casey's brand.

**Terry A. C. Gray, Attorney At Law**
**433 Plaza Real, Suite 275, Boca Raton, FL 33432**

2. On October 20, 2025, Plaintiff filed a Verified Complaint asserting claims for Violation of the Lanham Act (Cout I – Against RipRight LLC and Nesbitt); Violation of Florida's Right to Publicity Statute, Section 540.08 (Count II -- Against RipRight LLC and Nesbitt); violation of Florida common law Unfair Competition (Count III -- Against RipRight LLC and Nesbitt). [ECF 1].

3. Plaintiff served a copy of the summons and Complaint upon each of the Defendants by process server on October 23, 2025. [ECF 10 – Affidavit of Service on RipRight LLC], ECF 11 – Affidavit of Service on Nesbitt].

4. On November 7, 2025, purporting to represent itself, *pro se,* Nesbitt, who is not a licensed attorney, caused an Answer and Affirmative Defenses to be filed on behalf of RipRight, LLC. [ECF 12]

5. Accordingly, Plaintiff moves the Court to strike RipRight's purported Answer and Affirmative Defenses because limited liability companies may not represent themselves, *pro se. See Palazzo v. Gulf Oil Corp.*, 764 F.2d 1381, 1385 (11th Cir. 1985) ("The rule is well established that a corporation is an artificial entity that can act only through agents, cannot appear pro se, and must be represented by counsel.") (citations omitted); *see also Walker Reid Strategies, Inc. v. Schultz,* No. 21-CV-81597, 2024 WL 4453166, at *4 (S.D. Fla. May 14, 2024) (accord).

6. Accordingly, Plaintiff requests that this Court strike Defendant RipRight's Answer and Affirmative Defenses and, if no proper filing is made, that pursuant to Fed. R. Civ. P. 55(b), the Court enter a Default Judgment against RipRight LLC.

**WHEREFORE**, Plaintiff, **CASEY CHRISTOPHER DUNNE a/k/a CASEY CHRISTOPHER**, respectfully requests this Honorable Court, for the reasons set forth above,

enter an Order striking **RIPRIGHT, LLC's** *pro-se* Answer and Affirmative Defenses, and entering enter an Order of Default unless **RIPRIGHT, LLC** fixes the defects in its pleading within 10 days, and for such other and further relief that this Court deems just and appropriate.

### CERTIFICATE OF PRE-FILING CONFERENCE

I, **Terry A. C. Gray**, hereby certify that counsel for Plaintiff, Casey Dunne, has made reasonable efforts to confer with Defendants, Matthew Nesbitt and RipRight, LLC , which efforts include transmission via email to Mr. Nesbitt on today's date, but has received no response.

Dated: November 17, 2025                                                  Respectfully submitted,

| | |
|---|---|
| By: **s/Terry A. C. Gray, Esq.**<br>Terry A. C. Gray, Esq.<br>Florida Bar No. 100732 | By: *s/ Erica W. Stump*<br>Erica W. Stump, Esq.<br>Florida Bar No. 427632 |
| **Terry A. C. Gray**<br>**Attorney At Law**<br>433 Plaza Real, Suite 275<br>Boca Raton, FL 33432<br>Telephone: 561-589-3458<br>E-mail: tgray@terrygraylaw.com | **ERICA W. STUMP, P.A.**<br>110 E. Broward Blvd., Suite 1700<br>Fort Lauderdale, FL 33301<br>Phone: (786) 506-1088<br>Fax: (954) 828-2334<br>Electronic Mail: erica@ericawstump.com |
| *Lead counsel for Casey Dunne* | *Co-Counsel for Casey Dunne* |

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded via CM / ECF, and further, was served in the manner provided upon the following persons on November 17, 2025.

By: **s/Terry A. C. Gray, Esq**
Terry A. C Gray, Esq.
*Lead counsel for Casey Dunne*

| Party | Method of Service | Name, Address, Telephone, and Facsimile of Party's Counsel or Party |
|---|---|---|
| *RipRight LLC,*<br><br>*Defendant* | U.S. Mail | RipRight LLC<br>c/o Matthew Nesbitt, MMBR<br>509 SW 2nd Ave.<br>Okeechobeee, FL 34974 |
| *Michael Nesbitt, individually,*<br><br>*Defendant* | U.S. Mail | Matthew Nesbitt,<br>509 SW 2nd Ave.<br>Okeechobeee, FL 34974 |