UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
**Fort Lauderdale Division**

| | |
|---|---|
| **CASEY CHRISTOPHER DUNNE**, a/k/a **CASEY CHRISTOPHER**, an individual, <br><br> **Plaintiff;** <br><br> v. <br><br> **RIPRIGHT LLC, a New York limited liability company and MATTHEW NESBITT, a/k/a ISLAAM, an individual, and DOEs 1-10,** <br><br> **Defendants** | CASE NO.:  0:25-cv-62114-JIC |

**PLAINTIFF'S NOTICE OF COMPLIANCE WITH**
**ORDER SETTING CALENDAR CALL [ECF 9]**

Plaintiff **CASEY CHRISTOPHER DUNNE a/k/a CASEY CHRISTOPHER**, by and through undersigned counsel, hereby gives Notice of his Compliance with that *Order Setting Calendar Call and Trial Date, and Order Of Reference to United States Magistrate for Scheduling Matters and Pretrial Discovery Matters* [ECF 9], by serving a copy of that document upon the Defendants, **RIPRIGHT LLC** and **MATTHEW NESBITT, a/k/a ISLAAM**.

Dated: November 17, 2025

 By: **s/Terry A. C. Gray, Esq.**
Terry A. C. Gray, Esq.
Florida Bar No. 100732

**Terry A. C. Gray**
**Attorney At Law**
433 Plaza Real, Suite 275

Respectfully submitted,

Erica W. Stump, Esq.
Florida Bar No. 427632

**ERICA W. STUMP, P.A.**
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Phone: (786) 506-1088

Boca Raton, FL 33432
Telephone: 561-589-3458
E-mail: tgray@terrygraylaw.com

*Lead counsel for Casey Dunne*

Fax: (954) 828-2334
Electronic Mail: erica@ericawstump.com

*Co-Counsel for Casey Dunne*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was uploaded via CM

/ ECF, and further, was served in the manner provided upon the following persons on November

17, 2025.

By: **s/Terry A. C. Gray, Esq**
Terry A. C Gray, Esq.
*Lead Counsel for Casey Dunne*

| Party | Method of Service | Name, Address, Telephone, and Facsimile of Party's Counsel or Party |
|---|---|---|
| *RipRight LLC,*<br><br>*Defendant* | U.S. Mail | RipRight LLC<br>c/o Matthew Nesbitt, MMBR<br>509 SW 2nd Ave.<br>Okeechobeee, FL 34974 |
| *Michael Nesbitt, individually,*<br><br>*Defendant* | U.S. Mail | Matthew Nesbitt,<br>509 SW 2nd Ave.<br>Okeechobeee, FL 34974 |