UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-62114-COHN/VALLE

CASEY CHRISTOPHER DUNNE
*a/k/a Casey Christopher*,

 Plaintiff,

v.

RIPRIGHT LLC,
*a New York limited liability company,*

 Defendant.
_____/

## ORDER SETTING TELEPHONIC SCHEDULING CONFERENCE

 THIS CAUSE has been referred to the undersigned for a Scheduling Conference pursuant to Local Rule 16.1(b) to establish pre-trial deadlines and determine possible consent to Magistrate Judge jurisdiction for trial. *See* (ECF No. 9 at 2). Accordingly, a telephonic Scheduling Conference will be held on **Friday, January 16, 2026 at 11:00 am.** All counsel of record and any unrepresented parties are required to attend the telephonic Scheduling Conference. Shortly before the conference, the parties must join ZoomGov Meeting link:

https://www.zoomgov.com/j/1601603583?pwd=pjFkQgGnCLFxMKxLbYhKHdvwDx29qN.1

 **Meeting ID: 160 160 3583**

 **Passcode: 62114**

 In advance of the Scheduling Conference, the parties shall confer (in person or telephonically) in good faith to discuss: (i) the possibility of promptly settling or resolving the case; (ii) the procedures for initial disclosures, as required by Federal Rule of Civil Procedure 26(a)(1); (iii) the preservation and disclosure of all discoverable information; (iv) the preservation

and disclosure of electronically stored information ("ESI"), including the form(s) in which ESI should be produced; (v) prospective claims of privilege or work product protection and the need for a Confidentiality Order; (vi) a plan for the timely production of discovery; and (vii) possible consent to trial before the undersigned United States Magistrate Judge.

In lieu of filing the Conference Report and the Joint Proposed Scheduling Report required by Local Rule 16.1(b), the parties may file a joint statement certifying that they have conferred in good faith about all matters required by this Order. Any certification or joint report must be filed by **Wednesday, January 14, 2026**. Pursuant to Judge Cohn's Order, any motion to modify the set trial date or change the case management track must be filed prior to the Scheduling Conference. (ECF No. 9 at 3).

**DONE AND ORDERED** in Chambers, at Fort Lauderdale, Florida, on January 7, 2026.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. Senior District Judge James I. Cohn
     All Counsel of Record