UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-CV-62114-COHN/VALLE

CASEY CHRISTOPHER DUNNE,
a/k/a Casey Christopher,

    Plaintiff,

v.

RIPRIGHT LLC, MATTHEW NESBITT,
and DOEs 1-10,

    Defendants.
_____/

## SCHEDULING ORDER

THIS CAUSE came before the Court for a Scheduling Conference on January 16, 2026. Trial in this cause is set for the two-week trial period commencing **July 20, 2026**. (ECF No. 9). In addition to the deadlines set by the Honorable James I. Cohn, United States District Judge, the following pretrial deadlines are hereby set in this matter. To the extent that this Order conflicts with the Local Rules, this Order supersedes the Local Rules.

| Deadline | Date |
|---|---|
| Parties Exchange Rule 26(a)(1) Initial Disclosures | February 16, 2026 |
| Exchange Rule 26(a)(2) Expert Disclosures and Summaries/Reports | February 26, 2026 |
| Joinder of Parties, Amendment of Pleadings, and Motions for Class Certification | March 2, 2026 |
| Exchange Rule 26(a)(2) Expert Rebuttal Summaries/Reports | March 26, 2026 |
| Fact Discovery Completed | April 16, 2026 |
| Expert Discovery Completed | April 30, 2026 |

| | |
|---|---|
| Dispositive Pretrial Motions and Motions to Exclude or Limit Expert Testimony | May 14, 2026 |
| Mediation Completed | June 18, 2026 |
| Motions in Limine | July 2, 2026 |
| Responses to Motions in Limine, Joint Pretrial Stipulation, and Designation of Deposition Excerpts for Trial | July 13, 2026 |
| Submission of Voir Dire Questions and Objections to Deposition Designations[1] | Day of Calendar Call (July 16, 2026) |

Failure to timely file a joint pretrial stipulation will lead to the dismissal of the action or the striking of defenses as appropriate.

**DONE AND ORDERED** in Chambers in Fort Lauderdale, Florida on January 16, 2026.

_____
ALICIA O. VALLE
UNITED STATES MAGISTRATE JUDGE

cc: U.S. District Judge James I. Cohn
　　All Counsel of Record

---

[1] Prior to the filing of any objections to deposition designations, the parties must confer in good faith to reduce or eliminate these objections.