# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

| | |
|---|---|
| **CASEY CHRISTOPHER DUNNE, a/k/a CASEY CHRISTOPHER, an individual,**<br><br>**Plaintiff;**<br><br>**v.**<br><br>**RIPRIGHT LLC, a New York limited liability company and MATTHEW NESBITT, a/k/a ISLAAM, an individual, and DOEs 1-10,**<br><br>**Defendants** | **CASE NO.: 0:25-cv-62114-JIC** |

**MEMORANDUM OF UNDERSTANDING**

This Memorandum of Understanding ("MOU") confirms that Plaintiff Casey Christopher Dunne ("Plaintiff" or "Dunne") and Defendants RipRight LLC and Matthew Nesbitt (collectively, "Defendants"), by and through their undersigned counsel, reached a settlement in principle of the above-referenced action at mediation on June 25, 2026, before Mediator Michael B. Chesal. The parties agree that the material terms of their settlement are as set forth below, and that these terms are binding on the parties pending preparation and execution of the more detailed documents described herein.

**1. Confidential Settlement Agreement**

The parties shall execute a confidential settlement agreement (the "Settlement Agreement") memorializing the full terms of their settlement, including mutual releases, confidentiality provisions, and such other customary terms as the parties shall agree, consistent with the terms set forth in this MOU.

**2. Settlement Payment**

Defendants shall pay Plaintiff a total of $[redacted] (the "Settlement Payment"), according to the following schedule:

1. $[redacted], due no later than August 10, 2026;

2. $[redacted] due no later than September 10, 2026; and

3. $[redacted] per month for twelve (12) consecutive months thereafter, due on the 10th day of each month with the first monthly payment due on October 10, 2026 (or the soonest weekday thereafter), until the Settlement Payment is paid in full.

Time is of the essence as to each payment described above; provided, however, that Defendants shall have a period of ten (10) days after notice of nonpayment to Defendants and Defendants' counsel (the "Cure Period") to make such payment before it is deemed a default of this MOU and the Settlement Agreement.

**3. Consent Judgment**

Concurrently with the execution of the Settlement Agreement, Defendants shall file a Stipulation for Entry of Consent Judgment in favor of Plaintiff in the amount of $175,000.00 (the "Consent Judgment"). Plaintiff may record the Consent Judgment. Plaintiff may execute upon the Consent Judgment, in the full amount of $175,000.00 less any payments actually made and accepted by Plaintiff under Section 2, immediately upon any default that remains uncured after expiration of the Cure Period described in Section 2 above, without further notice, hearing, or proceeding beyond what is required by applicable law to record and enforce a judgment.

**4. Take Down of Infringing Videos**

Defendants agree to take down all of the Infringing Videos, as defined in the Complaint, within Defendants' control, no later than August 9, 2026 and will use their best efforts to ask any third parties to remove the Infringing Videos from their social media.

**5. General**

This MOU reflects the material terms of the parties' settlement and is intended to be binding on the parties. The parties shall negotiate the Settlement Agreement, Consent Judgment, and Stipulation described above in good faith and shall use reasonable efforts to execute and, where applicable, file such documents promptly. This MOU is enforceable as a binding settlement document. To the extent any conflict arises between this MOU and the more detailed documents subsequently executed by the parties, the more detailed documents shall control as to matters they expressly address, provided that they remain consistent with the material terms set forth in this MOU.

**IN WITNESS WHEREOF**, the parties and/or their authorized counsel have executed this Memorandum of Understanding as of the date written below.

______________________________
Casey Christopher Dunne, Plaintiff

______________________________
RipRight LLC, Defendant

______________________________
Matthew Nesbitt, Defendant

By*:* ***s/ Erica W. Stump***
Erica W. Stump, Esq.
Florida Bar No. 427632

**ERICA W. STUMP, P.A.**
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Phone: (786) 506-1088
Fax: (954) 828-2334
erica@ericawstump.com
*Counsel for Casey Dunne*

By: ***/s/ Jesse I. Unruh***
Jesse I. Unruh, Esq.
Florida Bar No. 93121

**SPIRE LAW, PPLC**
2572 W. State Road 426, Suite 2088
Oviedo, Florida 32765
jesse@spirelawfirm.com
margarita@spirelawfirm.com
filings@spirelawfirm.com
*Counsel for Defendants*

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Dunne RipRight Settlement MOU (EWS 6-25-26).pdf |
| **File name** | Dunne%20RipRight%...%206-25-26%29.pdf |
| **Document ID** | 28b4847a9f86a712b46d165151c8c37a7fbe7fb5 |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | ● Pending signature |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **06 / 25 / 2026**<br>21:19:19 UTC | Sent for signature to RipRight LLC (matthewnesbitt28@gmail.com) and Casey C. Dunne (caseydunne29@gmail.com) by services@clio.com acting on behalf of margarita@spirelawfirm.com<br>IP: 162.234.162.124 |
| VIEWED | **06 / 25 / 2026**<br>21:28:57 UTC | Viewed by Casey C. Dunne (caseydunne29@gmail.com)<br>IP: 140.248.44.140 |
| SIGNED | **06 / 25 / 2026**<br>21:30:50 UTC | Signed by Casey C. Dunne (caseydunne29@gmail.com)<br>IP: 140.248.44.140 |
| INCOMPLETE | **06 / 25 / 2026**<br>21:30:50 UTC | This document has not been fully executed by all signers. |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| CASEY CHRISTOPHER DUNNE, a/k/a CASEY CHRISTOPHER, an individual,<br><br>Plaintiff;<br><br>v.<br><br>RIPRIGHT LLC, a New York limited liability company and MATTHEW NESBITT, a/k/a ISLAAM, an individual, and DOEs 1-10,<br><br>Defendants | CASE NO.: 0:25-cv-62114-JIC |

**MEMORANDUM OF UNDERSTANDING**

This Memorandum of Understanding ("MOU") confirms that Plaintiff Casey Christopher Dunne ("Plaintiff" or "Dunne") and Defendants RipRight LLC and Matthew Nesbitt (collectively, "Defendants"), by and through their undersigned counsel, reached a settlement in principle of the above-referenced action at mediation on June 25, 2026, before Mediator Michael B. Chesal. The parties agree that the material terms of their settlement are as set forth below, and that these terms are binding on the parties pending preparation and execution of the more detailed documents described herein.

**1. Confidential Settlement Agreement**

The parties shall execute a confidential settlement agreement (the "Settlement Agreement") memorializing the full terms of their settlement, including mutual releases, confidentiality provisions, and such other customary terms as the parties shall agree, consistent with the terms set forth in this MOU.

**2. Settlement Payment**

Defendants shall pay Plaintiff a total of $ [redacted] (the "Settlement Payment"), according to the following schedule:

1. $[redacted] due no later than September 10, 2026;
2. $[redacted], due no later than October 10, 2026; and
3. $[redacted] per month for twelve (12) consecutive months thereafter, due on the 10th day of each month with the first monthly payment due on November 10, 2026 (or the soonest weekday thereafter), until the Settlement Payment is paid in full.

Time is of the essence as to each payment described above; provided, however, that Defendants shall have a period of ten (10) days after notice of nonpayment to Defendants and Defendants' counsel (the "Cure Period") to make such payment before it is deemed a default of this MOU and the Settlement Agreement.

**3. Consent Judgment**

Concurrently with the execution of the Settlement Agreement, Defendants shall file a Stipulation for Entry of Consent Judgment in favor of Plaintiff in the amount of $175,000.00 (the "Consent Judgment"). Plaintiff may record the Consent Judgment. Plaintiff may execute upon the Consent Judgment, in the full amount of $175,000.00 less any payments actually made and accepted by Plaintiff under Section 2, immediately upon any default that remains uncured after expiration of the Cure Period described in Section 2 above, without further notice, hearing, or proceeding beyond what is required by applicable law to record and enforce a judgment.

**4. Take Down of Infringing Videos**

Defendants agree to take down all of the Infringing Videos, as defined in the Complaint, within Defendants' control, no later than August 9, 2026, and will use their best efforts to ask any third parties to remove the Infringing Videos from their social media.

**5. General**

This MOU reflects the material terms of the parties' settlement and is intended to be binding on the parties. The parties shall negotiate the Settlement Agreement, Consent Judgment, and Stipulation described above in good faith and shall use reasonable efforts to execute and, where applicable, file such documents promptly. This MOU is enforceable as a binding settlement document. To the extent any conflict arises between this MOU and the more detailed documents subsequently executed by the parties, the more detailed documents shall control as to matters they expressly address, provided that they remain consistent with the material terms set forth in this MOU.

**IN WITNESS WHEREOF**, the parties and/or their authorized counsel have executed this Memorandum of Understanding as of the date written below.

______________________________
Casey Christopher Dunne, Plaintiff

[signature]
______________________________
RipRight LLC, Defendant

[signature]
______________________________
Matthew Nesbitt, Defendant

By: ***s/ Erica W. Stump***
Erica W. Stump, Esq.
Florida Bar No. 427632

**ERICA W. STUMP, P.A.**
110 E. Broward Blvd., Suite 1700
Fort Lauderdale, FL 33301
Phone: (786) 506-1088
Fax: (954) 828-2334
erica@ericawstump.com
*Counsel for Casey Dunne*

By: ***/s/ Jesse I. Unruh***
Jesse I. Unruh, Esq.
Florida Bar No. 93121

**SPIRE LAW, PPLC**
400 Fontana Circle #105
Oviedo, Florida 32765
jesse@spirelawfirm.com
margarita@spirelawfirm.com
filings@spirelawfirm.com
*Counsel for Defendants*



Doc ID: 4463d4fab3c98855a8c422e11d39ae93a36ddbda

Dropbox Sign

Audit trail

| | |
|---|---|
| **Title** | Dunne RipRight Settlement MOU (EWS 6-25-26) (modified).pdf |
| **File name** | Dunne%20RipRight%...28modified%29.pdf |
| **Document ID** | 4463d4fab3c98855a8c422e11d39ae93a36ddbda |
| **Audit trail date format** | MM / DD / YYYY |
| **Status** | Signed |

**This document was requested from app.clio.com**

## Document History

| | | |
|---|---|---|
| SENT | **07 / 21 / 2026**<br>18:26:31 UTC | Sent for signature to RipRight LLC (matthewnesbitt28@gmail.com) by services@clio.com acting on behalf of margarita@spirelawfirm.com<br>IP: 173.171.68.100 |
| VIEWED | **07 / 22 / 2026**<br>03:09:11 UTC | Viewed by RipRight LLC (matthewnesbitt28@gmail.com)<br>IP: 71.199.219.28 |
| SIGNED | **07 / 22 / 2026**<br>05:15:49 UTC | Signed by RipRight LLC (matthewnesbitt28@gmail.com)<br>IP: 71.199.219.28 |
| COMPLETED | **07 / 22 / 2026**<br>05:15:49 UTC | The document has been completed. |